UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARITY DANSO ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED<br><br>*vs*<br><br>FRAGRANCEX.COM INC | N<br>COURT DATE & TIME: AT<br>INDEX #: 1:24-CV-05803-KPF<br>DATE FILED: 08/01/2024<br>Job #: 592062<br>Client File# |
| *Plaintiff* | |
| | STEIN SAKS, PLLC<br>ONE UNIVERSITY PLAZA<br>SUITE 620<br>HACKENSACK, NJ 07601 |
| *Defendant* | |

CLIENT'S FILE NO.:                    **AFFIRMATION OF SERVICE UPON A CORPORATION**

I, VINCENT VARONE, affirms and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on 08/08/2024 at 12:54 PM at 5 PLANT AVENUE, HAUPPAUGE, NY 11788, deponent served the within SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL

by personally delivering to and leaving with HECTOR MARROQUIN for FRAGRANCEX.COM INC, a true copy thereof, and that deponent knew the person so served to be the AUTHORIZED PARTY/Managing Agent and stated (s)he was authorized to accept legal papers for the corporation.

Said documents were conformed with index number and date of filing endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 22 - 35 Yrs., **Approx Weight**: 161-200 Lbs., **Approx Height**: 5' 9" - 6' 0", **Sex**: Male, **Approx Skin**: Tan, **Approx Hair**: Black
Other:

I affirm this August 9, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment,that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.



Vincent Varone

VINCENT VARONE

*Supreme Judicial Services, Inc. 371 Merrick Road - Rockville Centre, N.Y. 11570 Lic# 1092373*