

YAAKOV SAKS ▲ ■ *
JUDAH STEIN ▲ ■
ELIYAHU BABAD ▲ ■
MARK ROZENBERG ■
RAMI M. SALIM ▲ ■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

October 14, 2024

**MEMO ENDORSED**

**Via CM/ECF**
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York

   Re: **Danso v. Fragrancex.com, Inc.**
      **Case #: 1:24-cv-05803-KPF**

Dear Judge Failla:

  We represent the Plaintiff in the above matter. We write in response to the Court's request for joint letter and proposed case management plan on this matter. The defendant was properly served on August 8, 2024 but has yet to make an appearance in this matter nor has defendant contacted plaintiff's counsel. The Clerk's Certificate of Default was entered on October 10, 2024 and was subsequently sent to defendant.

  Plaintiff hereby requests an adjournment of the Initial Conference currently scheduled for October 18, 2024 at 12:00 pm to a date at least sixty (60) days from now to allow time for the defendant to either make an appearance to to allow for plaintiff to file for a motion for default judgment. This is the first request for an adjournment.

  We thank Your Honor and the Court for its kind considerations and courtesies.

                Respectfully submitted,

                *s/ Rami M. Salim*
                Rami M. Salim, Esq.

cc:  All Counsel of Record via ECF

Application GRANTED. The initial pretrial conference currently scheduled for October 18, 2024, is hereby ADJOURNED to **January 2, 2025, at 12:00 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 10.

Dated:   October 15, 2024         SO ORDERED.
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE