

YAAKOV SAKS▲■*
JUDAH STEIN▲■
ELIYAHU BABAD▲■
MARK ROZENBERG■
RAMI M. SALIM▲■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

January 2, 2025

**MEMO ENDORSED**

**Via CM/ECF**
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York

  Re: **Danso v. Fragrancex.com, Inc.**
     **Case #: 1:24-cv-05803-KPF**

Dear Judge Failla:

  We represent the Plaintiff in the above matter. We write in response to the Court's request for joint letter and proposed case management plan on this matter. The defendant was properly served on August 8, 2024 but has yet to make an appearance in this matter. Recently, the defendant has contacted plaintiff's counsel.

  Plaintiff hereby requests an adjournment of the Initial Conference currently scheduled for January 2, 2024 at 12:00 pm to a date at least thirty (30) days from now to allow time for the defendant to either make an appearance or to allow for plaintiff and defendant time to resolve the matter. This is the second request for an adjournment.

  We thank Your Honor and the Court for its kind considerations and courtesies.

                Respectfully submitted,

                *s/ Rami M. Salim*
                Rami M. Salim, Esq.

cc: All Counsel of Record via ECF

Application DENIED.  The Court looks forward to speaking with Mr. Salim at the conference at 12:00 p.m. this afternoon.

The Clerk of Court is directed to terminate the pending motion at docket entry 12.

Dated:     January 2, 2025          SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE